**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Hidden Lakes Development Partners, LP

Appellate case number:  01-22-00152-CV

Trial court case number: 2019-26660

Trial court:            164th District Court of Harris County

Real parties in interest, Andre DeRouen, Individually and as Administrator of the Estate of Andre DeRouen, Jr.; and LaTashia DeRouen, Individually and as Next Friend to D.D., a minor child, filed a motion to abate this original proceeding temporarily while the parties finalize an agreement to resolve their dispute.  Real parties state that relator is unopposed to the motion.

Accordingly, the Court **grants** the motion and **orders** this proceeding **abated for 30 days**. The parties are to file a status report at the end of this 30-day period if no motion to extend the abatement or motion to dismiss this original proceeding is filed.  The abatement may be lifted at any time on the motion of any party or the Court.

t is so ORDERED.

Judge's signature: ___/s/ April 5, 2022_____
                   ☑ Acting individually    ☐ Acting for the Court

Date:  __April 5, 2022_____